UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

ALLSTATE INSURANCE COMPANY;
ALLSTATE FIRE AND CASUALTY
INSURANCE COMPANY; ALLSTATE
PROPERTY AND CASUALTY INSURANCE
COMPANY; ESURANCE INSURANCE
COMPANY; and ESURANCE PROPERTY
AND CASUALTY INSURANCE COMPANY,

    Plaintiffs,                                   Case No.: 20-cv-12939
                                                     Hon. Linda V. Parker

v

411 HELP, LLC; 4 UR RECOVERY THERAPY
LLC; A1 OCCUPATIONAL THERAPY LLC;
GRAVITY IMAGING LLC; 4 TRANSPORT INC.;
NEW HORIZON CHIROPRACTIC PLLC; SPINE
& HEALTH PLLC; FIRST MEDICAL GROUP, PLLC;
UNIQUE LAB SOLUTIONS LLC; 4 HEALTH
MANAGEMENT LLC; VELOCITY MRS – FUND
IV, LLC; VELOCITY MRS – FUND V, LLC;
HMRF – FUND III, LLC; NATIONAL HEALTH
FINANCE DM, LLC; HASSAN FAYAD; MIRNA
FAYAD; WILLIAM GONTE, M.D.; GEOFFREY
KEMOLI SAGALA, D.C.; and ERNESTO CARULLA,
P.T.,

    Defendants.

---

**ATTORNEY'S LIEN**

Christensen Law, by and through Christensen Law, hereby claims a lien on any monies received by GRAVITY IMAGING, LLC in this matter for prior services rendered. Said lien shall remain in place until Christensen Law is paid in full for the attorney fees and costs due in this matter.

Respectfully Submitted,

CHRISTENSEN LAW

*/s/ Dustin C. Hoff*
DUSTIN C. HOFF (P78246)
25925 Telegraph Road, Suite 200
Southfield, MI 48033
(248) 213-4900/Fax: (248) 213-4901
dhoff@davidchristensenlaw.com

Dated: January 30, 2023

## PROOF OF SERVICE

The undersigned certified that a copy of the foregoing instrument was delivered to each of the attorneys of record and/or unrepresented and/or interested parties on **January 30, 2023,** at their respective addresses as disclosed in the pleadings on record in this matter by:

☐ US First Class Mai  ☐ Facsimile Transmission
☐ Hand Delivery       ☐ UPS
☐ Fed Ex              ■ Other: Efiling

*/s/ Holly Evenson*
Holly Evenson