UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY; ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY; ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY; ESURANCE INSURANCE COMPANY; and ESURANCE PROPERTY AND CASUALTY INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>411 HELP, LLC; GRAVITY IMAGING, LLC; 4 TRANSPORT INC.; NEW HORIZON CHIROPRACTIC PLLC; SPINE & HEALTH PLLC; FIRST MEDICAL GROUP, PLLC; UNIQUE LAB SOLUTIONS LLC; VELOCITY MRS – FUND V, LLC; NATIONAL HEALTH FINANCE DM, LLC; WILLIAM GONTE, M.D.; GEOFFREY KEMOLI SAGALA, D.C.; and ERNESTO CARULLA, P.T.,<br><br>Defendants. | C.A. No. 2:20-cv-12939-LVP-JJCG |

**STIPULATION OF DISMISSAL AS TO PLAINTIFFS' COMPLAINT (*ECF NO. 1*) AGAINST DEFENDANTS SPINE & HEALTH PLLC, FIRST MEDICAL GROUP, PLLC, UNIQUE LAB SOLUTIONS LLC, NEW HORIZON CHIROPRACTIC PLLC, WILLIAM GONTE, M.D., AND ERNESTO CARULLA, P.T., AND AS TO DEFENDANTS SPINE & HEALTH PLLC AND FIRST MEDICAL GROUP, PLLC'S COUNTER-COMPLAINT AGAINST PLAINTIFFS (*ECF NO. 33*)**

Pursuant to Fed. R. Civ. P. 41(a)(1), it is hereby stipulated and agreed by and between plaintiffs Allstate Insurance Company, Allstate Fire and Casualty Insurance Company, Allstate Property and Casualty Insurance Company, Esurance Insurance Company, and Esurance Property and Casualty Insurance Company (collectively, "Allstate") and defendants Spine & Health PLLC, First Medical Group, PLLC, Unique Lab Solution LLC, New Horizon Chiropractic PLLC, William Gonte, M.D., and Ernesto Carulla, P.T. (collectively, the "defendants"), by and through their undersigned counsel, that Allstate's Complaint (*ECF No. 1*) be dismissed with prejudice as to Spine & Health PLLC, First Medical Group, PLLC, Unique Lab Solution LLC, New Horizon Chiropractic PLLC, William Gonte, M.D., and Ernesto Carulla, P.T.  It is further stipulated and agreed that defendants Spine & Health PLLC and First Medical Group, PLLC's Counter-Complaint (*ECF No. 33*) be dismissed with prejudice as to Allstate for all conduct and all counts except Spine & Health PLLC and First Medical Group, PLLC's counts seeking benefits under the Michigan No-Fault Act, Mich. Comp. Laws § 500.3101, *et seq.*, which are dismissed without prejudice.  It is further stipulated and agreed by and between all parties to this stipulation that the within dismissals shall be without costs or fees of any kind to any party.

It is hereby agreed by the parties that this Court shall retain jurisdiction to enforce the terms of settlement reached between the parties.

STIPULATED AND AGREED TO THIS 1ST DAY OF MARCH, 2023:

| *Allstate Insurance Company, Allstate Fire and Casualty Insurance Company, Allstate Property and Casualty Insurance Company, and ASMI Auto Insurance Company* | *Spine & Health PLLC, First Medical Group, PLLC, Unique Lab Solution LLC, New Horizon Chiropractic PLLC, William Gonte, M.D., and Ernesto Carulla, P.T.* |
|---|---|
| By their Attorneys, | By their Attorneys, |
| */s/ Jacquelyn A. McEttrick*<br>Nathan A. Tilden (P76969)<br>ntilden@ktmpc.com<br>Jacquelyn A. McEttrick<br>jmcettrick@ktmpc.com<br>Andrew H. DeNinno<br>adeninno@ktmpc.com<br>Brad A. Compston<br>bcompston@ktmpc.com<br>KTM<br>38777 Six Mile Road, Suite 314<br>Livonia, MI 48152<br><br>350 Granite Street, Suite 2204<br>Braintree, MA 02184<br>(617) 770-2214 | */s/ Robert L. Akouri*<br>Robert L. Akouri (P43788)<br>akouripllc@yahoo.com<br>AKOURI & ASSOCIATES, P.L.L.C.<br>6528 Schaefer Road<br>Dearborn, MI 48126<br>(313) 584-1404 |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY; ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY; ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY; ESURANCE INSURANCE COMPANY; and ESURANCE PROPERTY AND CASUALTY INSURANCE COMPANY, <br><br> Plaintiffs, <br><br> v. <br><br> 411 HELP, LLC; GRAVITY IMAGING, LLC; 4 TRANSPORT INC.; NEW HORIZON CHIROPRACTIC PLLC; SPINE & HEALTH PLLC; FIRST MEDICAL GROUP, PLLC; UNIQUE LAB SOLUTIONS LLC; VELOCITY MRS – FUND V, LLC; NATIONAL HEALTH FINANCE DM, LLC; WILLIAM GONTE, M.D.; GEOFFREY KEMOLI SAGALA, D.C.; and ERNESTO CARULLA, P.T., <br><br> Defendants. | C.A. No. 2:20-cv-12939-LVP-JJCG |

**STIPULATED ORDER OF DISMISSAL AS TO PLAINTIFFS' COMPLAINT (*ECF NO. 1*) AGAINST DEFENDANTS SPINE & HEALTH PLLC, FIRST MEDICAL GROUP, PLLC, UNIQUE LAB SOLUTIONS LLC, NEW HORIZON CHIROPRACTIC PLLC, WILLIAM GONTE, M.D., AND ERNESTO CARULLA, P.T., AND AS TO DEFENDANTS SPINE & HEALTH PLLC AND FIRST MEDICAL GROUP, PLLC'S COUNTER-COMPLAINT AGAINST PLAINTIFFS (*ECF NO. 33*)**

4

This matter having come before the Court upon stipulation of the parties, and the Court being otherwise fully advised in the premises:

IT IS HEREBY ORDERED that plaintiffs' causes of action against defendants Spine & Health PLLC, First Medical Group, PLLC, Unique Lab Solution LLC, New Horizon Chiropractic PLLC, William Gonte, M.D., and Ernesto Carulla, P.T. in this matter are hereby dismissed with prejudice.

IT IS FURTHER ORDERED that defendants Spine & Health PLLC and First Medical Group, PLLC's causes of action against the plaintiffs are hereby dismissed with prejudice for all conduct and all counts except Spine & Health PLLC and First Medical Group, PLLC's counts seeking benefits under the Michigan No-Fault Act, Mich. Comp. Laws § 500.3101, *et seq.*, which are dismissed without prejudice.

IT IS HEREBY ORDERED that plaintiffs, Spine & Health PLLC, First Medical Group, PLLC, Unique Lab Solution LLC, New Horizon Chiropractic PLLC, William Gonte, M.D., and Ernesto Carulla, P.T. shall not be entitled to costs or fees related to the foregoing dismissals.

The Court shall retain jurisdiction over this matter to enforce the terms of settlement reached between the parties.

**IT IS SO ORDERED.**

s/ Linda V. Parker  
LINDA V. PARKER  
U.S. DISTRICT JUDGE

Dated: March 1, 2023