UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

|  |  |
|---|---|
| ALLSTATE INSURANCE COMPANY; ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY; ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY; ESURANCE INSURANCE COMPANY; and ESURANCE PROPERTY AND CASUALTY INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>VELOCITY MRS – FUND V, LLC; NATIONAL HEALTH FINANCE DM, LLC; and GEOFFREY KEMOLI SAGALA, D.C.,<br><br>Defendants. | C.A. No. 2:20-cv-12939-LVP-EAS |

**STIPULATION OF DISMISSAL
AS TO PLAINTIFFS' COMPLAINT (*ECF NO. 1*) AGAINST
DEFENDANT NATIONAL HEALTH FINANCE DM, LLC ONLY**

Pursuant to Fed. R. Civ. P. 41(a)(1), it is hereby stipulated and agreed by and between plaintiffs Allstate Insurance Company, Allstate Fire and Casualty Insurance Company, Allstate Property and Casualty Insurance Company, Esurance Insurance Company, and Esurance Property and Casualty Insurance Company (collectively, "Allstate") and defendant National Health Finance DM, LLC ( "NHF"), by and through their undersigned counsel, that Allstate's Complaint (*ECF No. 1*) be

dismissed with prejudice as to NHF. It is further stipulated and agreed by and between the parties to this stipulation that the within dismissals shall be without costs or fees of any kind to any party.

It is hereby agreed by the parties that this Court shall retain jurisdiction to enforce the terms of settlement reached between the parties.

STIPULATED AND AGREED TO THIS 9th DAY OF MAY, 2023:

| *Allstate Insurance Company, Allstate Fire and Casualty Insurance Company, Allstate Property and Casualty Insurance Company, Esurance Insurance Company, and Esurance Property and Casualty Insurance Company*<br><br>By their Attorneys,<br><br>*/s/ _Andrew H. DeNinno_____*<br>Nathan A. Tilden (P76969)<br>ntilden@ktmpc.com<br>Jacquelyn A. McEttrick<br>jmcettrick@ktmpc.com<br>Andrew H. DeNinno<br>adeninno@ktmpc.com<br>Brad A. Compston<br>bcompston@ktmpc.com<br>KTM<br>38777 Six Mile Road, Suite 314<br>Livonia, MI 48152<br><br>350 Granite Street, Suite 2204<br>Braintree, MA 02184<br>(617) 770-2214 | *National Health Finance DM, LLC*<br><br><br><br><br><br><br><br>By its Attorney,<br><br>*/s/ _Edward L. Ewald_____*<br>Edward L. Ewald, Jr.<br>LAW OFFICES OF EDWARD L. EWALD, JR.<br>1198 South Creek Dr.<br>Wixom, MI 48393<br>edwardlewald@yahoo.com |
|---|---|

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY; ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY; ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY; ESURANCE INSURANCE COMPANY; and ESURANCE PROPERTY AND CASUALTY INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>VELOCITY MRS – FUND V, LLC; NATIONAL HEALTH FINANCE DM, LLC; and GEOFFREY KEMOLI SAGALA, D.C.,<br><br>Defendants. | C.A. No. 2:20-cv-12939-LVP-EAS |

### **ORDER OF DISMISSAL AS TO PLAINTIFFS' COMPLAINT (*ECF NO. 1*) AGAINST DEFENDANT NATIONAL HEALTH FINANCE DM, LLC ONLY**

This matter having come before the Court upon stipulation of the parties, and the Court being otherwise fully advised in the premises:

IT IS HEREBY ORDERED that plaintiffs' causes of action against defendant National Health Finance DM, LLC ("NHF") in this matter are hereby dismissed with prejudice.

IT IS FURTHER ORDERED that plaintiffs and NHF shall not be entitled to costs or fees related to the foregoing dismissal.

The Court shall retain jurisdiction over this matter to enforce the terms of settlement reached between the parties.

**IT IS SO ORDERED.**

                                              s/ Linda V. Parker
                                              LINDA V. PARKER
                                              U.S. DISTRICT JUDGE

Dated: May 9, 2023