UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY; ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY; ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY; ESURANCE INSURANCE COMPANY; and ESURANCE PROPERTY AND CASUALTY INSURANCE COMPANY, <br><br> Plaintiffs, <br><br> v. <br><br> GEOFFREY KEMOLI SAGALA, D.C., <br><br> Defendant. | C.A. No. 2:20-cv-12939-LVP-EAS |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT GEOFFREY KEMOLI SAGAL, D.C.

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiffs Allstate Insurance Company, Allstate Fire and Casualty Insurance Company, Allstate Property and Casualty Insurance Company, Esurance Insurance Company, and Esurance Property and Casualty Insurance Company hereby voluntarily dismiss their claims against defendant Geoffrey Kemoli Sagala, D.C. without prejudice, said defendant not having filed any answer or motion for summary judgment in this matter.

[SIGNATURE PAGE FOLLOWS]

1

Respectfully submitted,

KTM

*/s/ Andrew H. DeNinno*

_____
Nathan A. Tilden (P76969)
ntilden@ktmpc.com
Andrew H. DeNinno
adeninno@ktmpc.com
Brad A. Compston
bcompston@ktmpc.com
38777 Six Mile Road, Suite 314
Livonia, MI 48152
(734) 521-9000
350 Granite Street, Suite 2204
Braintree, MA 02184
(617) 770-2214

Dated:  July 6, 2022                    *Attorneys for Allstate*

## **CERTIFICATE OF SERVICE**

I, Andrew H. DeNinno, hereby certify that on July 6, 2023, I electronically filed the foregoing papers with the Clerk of the Court using the ECF system, which will send notice of such filing to all counsel of record.

KTM

*/s/ Andrew H. DeNinno*

_____
Andrew H. DeNinno
adeninno@ktmpc.com
38777 Six Mile Road, Suite 314
Livonia, MI 48152
(734) 521-9000

350 Granite Street, Suite 2204
Braintree, MA 02184
(617) 770-2214