**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

ALLSTATE INSURANCE COMPANY, et al.,

      Plaintiff(s),

V.                                        CASE NO. 20-12939
                                            HON. LINDA V. PARKER

411 HELP, LLC, et al.,

      Defendant(s).
                                            /

## ORDER OF DISMISSAL

      The Plaintiff having filed a Notice of Voluntary Dismissal [ECF No. 195] on July 6, 2023; Accordingly, the above-entitled action is **DISMISSED WITHOUT PREJUDICE**. This resolves all pending claims and closes this case.

                                            s/Linda V. Parker
                                            Linda V. Parker
                                            United States District Judge

Dated: July 7, 2023

I hereby certify that a copy of the foregoing document was served upon counsel of record on July 7, 2023, by electronic and/or ordinary mail.

                                            s/A. Flanigan
                                            Case Manager